# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GEORGE ASSAD,

             Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

           Defendant.

Case No. 2:22-cv-00319-APG-BNW

**Order Compelling Arbitration and
Dismissing Case**

[ECF No. 22]

The parties have stipulated to dismiss the plaintiff's Second and Third Causes of Action. ECF No. 23.  They also stipulate to have the First Cause of Action resolved through private, binding arbitration. ECF No. 22.  They agree that there will be no appeal from the arbitrator's award, and that the award "shall constitute a final determination of Plaintiff's First Cause of Action . . . and shall act as [a] judgment in this action even though it will not be filed as a judgment with the United States District Court, District of Nevada." *Id*. at 2.  The parties agree to dismiss this case after the arbitration is completed. *Id.*  Given that this dispute will be resolved by binding arbitration, there is nothing further for this court to do, so dismissal is appropriate at this time.  If one of the parties seeks to enforce the arbitration award through this court, they may file a new action at that time.

I THEREFORE ORDER that the parties' stipulation (ECF No. 22) is granted in part.  The parties are ordered to submit the First Cause of Action to private, binding arbitration as required in their agreement.

I FURTHER ORDER that this case is dismissed without prejudice to pursue resolution of the First Cause of Action through private, binding arbitration.  The clerk of court is directed to close this case.

DATED THIS 11th day of May, 2023.

_____

UNITED STATES DISTRICT JUDGE