ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant
State Farm Mutual Automobile
Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| GEORGE ASSAD,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO.: 2:22-cv-00319-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

128183588.1

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff GEORGE ASSAD ("Plaintiff"), by and through his counsel, THE702FIRM INJURY ATTORNEYS, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated this **8th** day of September, 2023.

Dated this **8th** day of September, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

THE702FIRM INJURY ATTORNEYS

/s/
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANK A. TODDRE, II
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

/s/
MICHAEL C. KANE
Nevada Bar No. 10096
BRADLEY J. MYERS
Nevada Bar No. 8857
ZACHARY W. LIVINGSTON
Nevada Bar No. 15954
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff George Assad*

IT IS SO ORDERED:

Dated: September 21, 2023

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

128183588.1

2